No. 72–1613.   HUFFMAN *v.* UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO ET AL. Application for stay or writ of injunction presented to MR. JUSTICE STEWART, and by him referred to the Court,

and the motion to advance, denied. Motion of Pursue, Ltd., to participate as a party respondent granted.